7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Sylvester NMN Hannah, Jr. (TRNSFD TO WESTERN DIV)
*Debtor*

*Bankruptcy Case No.*
13−50805−can7

**Bruce E Strauss**
    Plaintiff(s)

*Adversary Case No.*
14−04111−can

v.

**Sylvester NMN Hannah**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Plaintiff Motion for Summary Judgment is granted and judgment is awarded in the amount of $1,491.63 against Defendant Sylvester Hannah, Jr.. Further, the Defendants discharge is hereby REVOKED and DENIED.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 8/12/15

Court to serve